# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Michael Rivers,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Zeno Office Solutions,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 1:20 cv 107 MW/GRJ
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES ☒ NO

FILED USDC FLND GV
MAY 11 '20 PM12:08

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Michael Rivers

    Address: 13912 NW 155th Lane

    City, State, and Zip Code: Alachua, FL 32615

    Telephone: 860-234-3580 *(Home)* 860-234-3580 *(Cell)*

2. Plaintiff's Name: n/a

    Address:

    City, State, and Zip Code:

    Telephone: *(Home)* *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name:

    Name of Employer *(if relevant)*: Zeno Office Solutions

    Address: 8701 Floridia Mining Blvd

    City, State, and Zip Code: Tampa, FL 33634

2. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question        ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

The Fair Labor Standards Act
29 U.S.C. 201, et seq.
_____
_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

   a. Plaintiff is an individual and a citizen of: _____

   b. If any Plaintiff is a business or corporation, list the State where the business is incorporated  Na  or has its principal place of business: _____
   _____

   (Note: Businesses/Corporations must be represented by counsel.

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

    a. If the Defendant is an individual, identify their citizenship below.

        1. Defendant *(name)* _____
           is a citizen of *(State)* _____
        2. Defendant *(name)* _____ n/a
           is a citizen of *(State)* _____
        3. Defendant *(name)* _____
           is a citizen of *(State)* _____

    b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

        1. Defendant *(name)* Zeno Office Solutions
           State of Incorporation is Florida
           or Principal Place of Business is Tampa
        2. Defendant *(name)* _____
           State of Incorporation is _____ n/a
           or Principal Place of Business is _____

        *(Attach additional page if necessary to list all Defendants.)*

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes  ☑ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_See Attached (A)_ _____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attached (B)*

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 4/21/2020    Plaintiff's Signature: _____

Printed Name of Plaintiff: Michael Rivers

Address: 13912 NW 155th Lane
Alachua, FL 32615

E-Mail Address: Mike-Rivers@hotmail.com

Telephone Number: 860-234-3580

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF FLORIDA

Michael Rivers,
        Plaintiff

v.                                                 Case: _____

Zeno Office Solutions

        Defendant                               April 21, 2020

## CIVIL COMPLAINT
## ATTACHMENT A

1. The Plaintiff, Michael Rivers, currently resides in the City of Alachua, County of Alachua, and the State of Florida currently and all times relevant to this complaint.

2. Zeno Office Solutions is a Corporation with an address of 8701 Florida Mining Boulevard in the City of Tampa, County of Hillsborough, and the State of Florida and has been Incorporated and at the same address all times relevant to this complaint.

3. On December 10, 2018, the Plaintiff was employed by Zeno Office Solutions.

4. Among other duties, the Plaintiff was servicing and installing Xerox brand copiers and printers during his employment.

5. While employed with Zeno the Plaintiff was required to maintain inventory in his personal vehicle and home and was required to answer emails, telephone calls, and text messages prior to and after scheduled work hours, lunch breaks, and on non-workdays i.e. weekends.

6. On January 15, 2019, the Plaintiff resigned from Zeno Office Solutions.

12. The Plaintiff regularly completed work at home without compensation as required to meet the requirements of the job and as directed by his manager David Rutherford.

13. The Plaintiff was required to answer phone calls, emails, and text messages during his scheduled lunch hour and was required to update his company provided laptop computer data at home after work hours and on weekends.

14. All parts required for service calls and re-stocking of parts inventory used were shipped to the Plaintiff's home address and he was required to open several boxes of parts both large and small after work hours and weekends.

15. The Plaintiff was required to re-stock his personal vehicle with parts as required after work hours and weekends and was unable to use said vehicle for personal use due to "car stock" [parts needed] requirements and he was required to discard and/or recycle all shipping materials and parts after work hours and on weekends.

11. The Plaintiff worked several hundred hours without properly being compensated.

WHEREFORE, the Plaintiff claims:

1. The Defendant breached its duty to act causing significant financial loss to the Plaintiff.
2. The Plaintiff is owed

The PLAINTIFF

By, _[signature]_
Michael Rivers

UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF FLORIDA

Michael Rivers,

        Plaintiff

v.

Case: _____

Zeno Office Solutions

        Defendant

April 21, 2020

## CIVIL COMPLAINT
## ATTACHMENT B

1. The Plaintiff, Michael Rivers, claims the Defendant failed to pay overtime at a rate of thirty-three (33) dollars per hour.

2. The amount calculated is as follows:

    a. Employed from December of 2018 through July of 2019 or approximately twenty (28) weeks.

    b. Plaintiff approximate hours worked "off" the clock and uncompensated for approximately fifteen (15) hours per work.

    c. Total uncompensated hours of approximately three hundred sixty-four (364).

    d. **The Plaintiff is owed approximately thirteen thousand eight hundred sixty (13,860) dollars.**

3. The Plaintiff makes the claim for punitive damages as Zeno Office Solutions knew or should have known that its manager was requiring work "off" the clock. Second, Zeno Office Solutions knowingly shipped parts for service calls and "car" stock to the Plaintiff's home subsequently requiring working "off" the clock hours.

   a. **The Plaintiff requests the Court order punitive damages in the amount of one hundred twenty-five thousand dollars (125,000).**

The PLAINTIFF

By, _____
Michael Rivers

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

Michael Rivers ,
     Plaintiff,

vs.                                               Case No:_____

Zeno Office Solutions ,
     Defendant(s).

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS
## (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis)

To: Zeno Office Solutions
*(Name of the defendant or–if the defendant is a corporation, partnership, or association–an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date certified below by the United States Marshal Service as the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, it will be filed with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice was sent (see the date certified below by the United States Marshal Service) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, arrangements will be made to have the summons and complaint served on you, and you, or the entity you represent, may be required to pay the expenses of making service.

Date: 4/21/2020

_____
Signature of the attorney or unrepresented party

Michael Rivers
Printed name

13912 NW 155th Lane
Address

Alachua, FL 32615
Address

### Certification by United States Marshal Service of Date Notice was Sent

I certify that this request was sent to the above-named defendant on the date below.

Date: _____

_____
Signature of USMS representative

# Michael P. Rivers

13912 NW 155th Lane • Alachua, FL 32615 • (860) 234-3580 • mike-rivers@hotmail.com

May 4, 2020

United States District Court
401 SE 1st Avenue, Suite 243
Gainesville, FL 32601

**RE: Civil Complaint**

Dear Clerk:

Enclosed please find an Affidavit of Financial Status, Motion to Proceed In Forma Pauperis, and a Civil Complaint for filing.

Should you have any questions or comment please contact me by email at mike-rivers@hotmail.com or at 860-234-3580. Thank you for your prompt attention.

Sincerely,

Michael Rivers

Enclosures

Michael Rivers
13912 NW 155th Lane
Alachua, FL 32615



CHECKED MAY 0 8 2020

United States Courthouse
Attn: Clerk (Civil)
406 SE 1st Avenue, Ste 243
Gainesville, FL 32601-6895