## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MICHAEL RIVERS,**

    *Plaintiff*,

**v.**                                              **CASE NO.: 1:20cv107-MW/GRJ**

**ZENO OFFICE SOLS.,**

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 13.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  Defendant's Motion to Dismiss, ECF No. 6, which has been converted to a motion for summary judgment is **GRANTED**.  The Clerk shall enter judgment stating, "Plaintiff's claim against Defendant is dismissed."

The Clerk shall also close the file.

**SO ORDERED on November 2, 2020.**

**s/Mark E. Walker_____**

**Chief United States District Judge**